CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:19-mj-00393-DUTY All Defendants

Case title: USA v. Qin

Date Filed: 02/08/2019

Date Terminated: 02/12/2019

Assigned to: Duty Magistrate Judge

**Defendant (1)**

Xiao Dong Qin  
REG 77529-112  
*TERMINATED: 02/12/2019*

represented by **Lisa Shinar LaBarre**  
Federal Public Defenders Office  
321 East 2nd Street  
Los Angeles, CA 90012-4202  
213-894-1476  
Fax: 213-894-0081  
Email: Lisa_Labarre@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Defendant in violation of 18:371,554

**Disposition**

**Plaintiff**

**USA**     represented by     **Assistant 2241-2255 US Attorney LA-CR**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2019 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Xiao Dong Qin, originating in the District of Oregon. Defendant charged in violation of: 18:371,554. Signed by agent Paul Montori, US, Special Agent. (mhe) (Entered: 02/19/2019) |
| 02/08/2019 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Xiao Dong Qin; defendants Year of Birth: 1986; date of arrest: 2/7/2019 (mhe) (Entered: 02/19/2019) |
| 02/08/2019 | 3 | SEALED Defendant Xiao Dong Qin arrested on warrant issued by the USDC District of Oregon at Eugene. (Attachments: # 1 Charging documents)(mhe) (Entered: 02/19/2019) |
| 02/08/2019 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alexander F. MacKinnon as to Defendant Xiao Dong Qin Defendant arraigned and states true name is as charged. Attorney: Lisa Shinar LaBarre for Xiao Dong Qin, Deputy Federal Public Defender, present. Defendant remanded to the custody or currently in the custody of the US Marshal. Detention Hearing set for 2/12/2019 03:00 PM before Magistrate Judge Alexander F. MacKinnon. Court Smart: CS. (mhe) (Entered: 02/19/2019) |
| 02/08/2019 | 10 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Xiao Dong Qin (mhe) (Entered: 02/20/2019) |
| 02/08/2019 | 11 | FINANCIAL AFFIDAVIT filed as to Defendant Xiao Dong Qin. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 02/20/2019) |
| 02/08/2019 | 12 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Xiao Dong Qin. (mhe) (Entered: 02/20/2019) |
| 02/08/2019 | 13 | WAIVER OF RIGHTS approved by Magistrate Judge Alexander F. MacKinnon as to Defendant Xiao Dong Qin. (mhe) (Entered: 02/20/2019) |
| 02/12/2019 | 5 | MINUTES OF RULE 5(c)(3) REMOVAL/ARRIVAL OF PROCESS HEARING/DETENTION HEARING held before Magistrate Judge Alexander F. MacKinnon Court orders bail set as: Xiao Dong Qin (1) $10,000 Appearance Bond. Court orders defendant held to answer to District of Oregon. Bond to Transfer. |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Defendant ordered to report on 2/20/19 at 1:30 pm. RELEASE ORDER NO 36199 Court Smart: CS. (mhe) (Entered: 02/19/2019)                                                                                                                                                                                                                                                                                                                                                      |
| 02/12/2019 | 6  | DECLARATION RE: PASSPORT filed by Defendant Xiao Dong Qin, declaring that my passport and any other travel documents are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. (mhe) (Entered: 02/19/2019)                                   |
| 02/12/2019 | 7  | MEMORANDUM FOR RELEASE ORDER AUTHORIZATION filed by PSA Officer as to Defendant Xiao Dong Qin. (mhe) (Entered: 02/19/2019)                                                                                                                                                                                                                                                                                                                                                  |
| 02/12/2019 | 8  | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $5,000 by surety: Lin Zhang for Filed by Defendant Xiao Dong Qin (mhe) (Entered: 02/19/2019)                                                                                                                                                                                                                                                                  |
| 02/12/2019 | 9  | SEALED UNREDACTED Affidavit of Surety (No Justification) filed by Defendant Xiao Dong Qin re: Affidavit of Surety (No Justification)(CR-4) 8 (mhe) (Entered: 02/19/2019)                                                                                                                                                                                                                                                                                                    |
| 02/12/2019 |    | Notice to District of Oregon of a Rule 5 or Rule 32 Initial Appearance as to Defendant Xiao Dong Qin. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 5 Removal/Arrival of Process Hearing - Rule 5(c)(3) (fka Rule 40) Detention Hearing,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 02/19/2019) |
| 02/14/2019 | 14 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Xiao Dong Qin conditions of release: $10,000 Appearance Bond, see attached for terms and conditions approved by Magistrate Judge Jacqueline Chooljian. (mhe) (Entered: 02/20/2019)                                                                                                                                                                                                                                     |

| PACER Service Center |||||
|---|---|---|---|---|
| **Transaction Receipt** |||||
| 02/21/2019 13:03:51 |||||
| **PACER Login:** | ud1317:4104666:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-mj-00393-DUTY End date: 2/21/2019 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  PLAINTIFF  v.  XIAO DONG QIN  DEFENDANT | CASE NUMBER: 19 MJ00393  REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 2/7/2019  11:00  ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 371 + 554

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language: MANDARIN

7. Year of Birth: 1986

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: JUDITH GLASGOW

10. Remarks (if any): _____

11. Name: PAUL MONTUORI  (please print)

12. Office Phone Number: 503-705-2989

13. Agency: FWS

14. Signature: _____

15. Date: 2/8/2019

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. Xiao Dong Qin, Defendant. | Western Division<br>Case Number: 2:19-MJ-00393<br>Initial App. Date: 02/08/2019<br>Initial App. Time: 2:00 PM<br><br>Date Filed: 02/08/2019<br>Violation: 18:371 ; 18:554<br>CourtSmart/ Reporter: C/S | Out of District Affidavit<br>Custody |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: **Alexander F. MacKinnon** | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |

**PRESENT:** Bernal, Ilene — *Deputy Clerk*;  Kevin Reidy — *Assistant U.S. Attorney*;  Yah Yan Lin — *Interpreter/Language* Mandarin

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: Lisa LaBarre, DFPD ☒ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
   ☐ Special appearance by: _____
☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☒ Case continued to (Date) 2-12-19 (Time) 3:00 AM/PM
   Type of Hearing: DIH + FTP   Before Judge MacKinnon   /Duty Magistrate Judge
   Proceedings will be held in the ☐ Duty Courtroom ☒ Judge's Courtroom 780-Roybal
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

☐ PSA ☐ USPO        ☐ FINANCIAL        ☐ READY
                                         Deputy Clerk Initials _IB_ :_IL_

M-5 (10/13)        CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE        Page 1 of 1

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF v. Xiao Dong Qin DEFENDANT. | CASE NUMBER: 19-393 M <br><br> **WAIVER OF RIGHTS** <br> **(OUT OF DISTRICT CASES)** |
|---|---|

I understand that charges are pending in the District of **Oregon** alleging violation of **18:371, 554** *(Title and Section / Probation / Supervised Release)* and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) arrival of process;

*-Check one only-*

☐ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☐ have an identity hearing
☒ arrival of process
☐ have a preliminary hearing
☐ have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☒ have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

X _____
Defendant

_____
Defense Counsel

Date: 2/8/19

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the **Mandarin Chinese** language.

Date: 2/8/19

_____ Yanyan Lin
Interpreter (if required)

M-14 (09/09) WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. 19-00393M   CourtSmart C/S   Date: February 12, 2019

Present: The Honorable ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | Kevin Reidy | Barbara Hong Li/Mandarin |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. XIAO DONG QUI

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant:
David A. Kettel & Adam Y. Chang

☑ Present  ☐ CJA  ☑ Retd  ☐ DFPD  ☐ Not present

**I. PROCEEDINGS:** ☐ IDENTITY HEARING ☐ REMOVAL HEARING ☐ PRELIMINARY HEARING
☐ RE POSSIBLE RULE 20 ☐ ARRIVAL OF PROCESS
☑ FURTHER PROCEEDINGS RE OUT-OF-DISTRICT CASE

☐ Process ☐ received ☐ not received
☐ Witness(es) CST ☐ Exhibits Marked ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant ☐ to be the person ☐ not to be the person charged in the ☐ Indictment ☐ Information
☐ Complaint.
☐ Court finds ☐ probable cause ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☑ Defendant executed Waiver of Rights.   ☐ Process received.   ☐ Process not received.
☑ Court ORDERS defendant Held to Answer to _____ District of Oregon
☑ Bond to transfer, if bail is posted. Defendant ordered to report on or before 2/20/19 at 1:30PM, USDC, Eugene, Oregon
☐ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: _____ By: _____.
   ☐ Final commitment and warrant of removal are ordered stayed until _____.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at ☐ Los Angeles ☐ Riverside ☐ Santa Ana.

**II. PROCEEDINGS: DETENTION HEARING**
☑ Government's request for detention is:   ☐ GRANTED   ☐ DENIED   ☑ WITHDRAWN   ☐ CONTINUED
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☑ **Court sets bail at:** $ 10,000.00   ☑ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Witnesses CST ☐ Exhibits Marked ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See Receipt for Release of Exhibits to Counsel. ☑ Release Order Issued - Release No.: 36199

☐ Court orders case continued to _____ at _____ ☐ a.m. ☐ p.m. for _____ before Judge _____ in courtroom _____.
☐ Other: _____

I. _____ : 10
II. _____ : 20

Deputy Clerk Initials IB

M-50 (06/10)            MINUTES - RULE 5/20 HEARING / DETENTION HEARING

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **Xiao Dong Qin**  **Case No.** 2:19-MJ-00393-DUTY

☒ Defendant   ☐ Material Witness

**Violation of Title and Section:** **18:371 ; 18:554**

☐ Summons   ☒ Out of District   ☐ UNDER SEAL   ☐ Modified Date: _____

*Check only one of the five numbered boxes below (unless one bond is to be replaced by another):*

1. ☐ Personal Recognizance (*Signature Only*)
2. ☐ Unsecured Appearance Bond $ _____
3. ☒ Appearance Bond $ 10,000.00
   (a). ☒ Cash Deposit (*Amount or %*) (*Form CR-7*) $5,000.00
   (b). ☒ Affidavit of Surety Without Justification (*Form CR-4*) Signed by:
       for $5,000.00 by wife of defendant

(c). ☐ Affidavit of Surety With Justification (*Form CR-3*) Signed by: _____

☐ With Full Deeding of Property: _____

4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*): $ _____
5. ☐ Corporate Surety Bond in the Amount of: $ _____

Release No. 36199

☐ Release to Pretrial ONLY
☐ Release to Probation ONLY
☒ Forthwith Release

☒ All Conditions of Bond (*Except Clearing-Warrants Condition*) Must be Met and Posted by:
2/15/19 - (Cash deposit) 4PM

☐ Third-Party Custody Affidavit (*Form CR-31*)

☒ Bail Fixed by Court: AFM / IB
(*Judge / Clerk's Initials*)

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☒ Submit to: ☒ Pretrial Services Agency (PSA) supervision as directed by PSA; ☐ Probation (USPO) supervision as directed by USPO.
   (*The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency."*)
   → in Los Angeles + later transferred to Oregon

☒ Surrender all passports and travel documents to Supervising Agency no later than *(already surrendered)*, sign a Declaration
   re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☒ Travel is restricted to CDC + District of Oregon _____ unless prior permission is granted by Supervising
   Agency to travel to a specific other location. Court permission is required for international travel.

☒ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

☐ Maintain or actively seek employment and provide proof to Supervising Agency. ☐ Employment to be approved by Supervising Agency.

☐ Maintain or begin an educational program and provide proof to Supervising Agency.

Defendant's Initials: X QXD   Date: X 12/02/2019

CR-1 (10/18)   CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM   PAGE 1 OF 4

**Case Name:** United States of America v. Xiao Dong Qin    **Case No.** 2:19-MJ-00393-DUTY

☒ Defendant    ☐ Material Witness

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ ; ☐ except _____.

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present: _____.

☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____.

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☐ Do not use or possess illegal drugs or state-authorized marijuana. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☐ Submit to: ☐ drug and/or ☐ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☐ Participate in residential ☐ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to PSA only** ☐ **Release to USPO only**

☐ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

☒ Participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, which ☒ **will** or ☐ **will not** include a location monitoring bracelet. You must pay all or part of the costs of the program based upon your ability to pay as determined by Supervising Agency. You must be financially responsible for any lost or damaged equipment.

☒ Location monitoring only - no residential restrictions;

-or-

☐ You are restricted to your residence every day:

☐ from _____ ☐ a.m. ☐ p.m. to _____ ☐ a.m. ☐ p.m.

☐ as directed by Supervising Agency;

-or-

Defendant's Initials: X QXD    Date: X 12/02/2019

CR-1 (10/18)    CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM    PAGE 2 OF 4

| | |
|---|---|
| **Case Name:** United States of America v. Xiao Dong Qin | Case No. 2:19-MJ-00393-DUTY |

☒ Defendant    ☐ Material Witness

☐ You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances, and _____, all of which must be preapproved by Supervising Agency;

☐ **Release to PSA only**    ☐ **Release to USPO only**

☐ You are placed in the third-party custody (*Form CR-31*) of _____.

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days of release from custody.

☐ Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except as approved by Supervising Agency.  ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than the age of 18 except in the presence of a parent or legal guardian of the minor.

☐ Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica.  ☐ In order to determine compliance, you agree to submit to a search of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S. Marshal.

☒ Other conditions:

Deft not re-engage in the exportation or sale of wildlife

_____
_____
_____

### GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: X QXD    Date: X 12/02/2019

CR-1 (10/18)    CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM    PAGE 3 OF 4

Case Name: United States of America v. **Xiao Dong Qin**        Case No. 2:19-MJ-00393-DUTY

[X] Defendant    [ ] Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

X 12/02/2019         X [signature]              X +8613761684876
Date                 Signature of Defendant / Material Witness    Telephone Number

X Los Angeles California
City and State (DO NOT INCLUDE ZIP CODE)

[X] **Check if interpreter is used:** I have interpreted into the X Mandarin _____ language this entire form and have been told by the defendant that he or she understands all of it.

X [signature]                                    X 2/12/2019
Interpreter's Signature                          Date

                    AFM
Approved: [signature]
         United States ~~District Judge~~ / Magistrate Judge        Date

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: X QXD  Date: X 12/02/2019

CR-1 (10/18)        CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM        PAGE 4 OF 4


FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2019
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Xiao Dong Qin DEFENDANT. | CASE NUMBER: 19 m J 00393 <br><br> DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
|---|---|

I, __Xiao Dong Qin__, declare that
(Defendant/Material Witness)

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☒ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __12th__ day of __February__, 20__19__
at __Los Angeles, CA__
(City and State)

_____
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:
I, __Barbara Hong Li__, am fluent in written and spoken English and __Mandarin__ languages. I accurately translated this form from English into __Mandarin__ to declarant __Xiao Dong Qin__ on this date.

Date: __2/12/2019__

_____
Interpreter

CR-37 (05/15)    DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS

## United States Probation & Pretrial Services

United States District Court
Central District of California



Michelle A. Carey
Chief Probation & Pretrial Services Officer

Douglas B. Bys
Deputy Chief Probation & Pretrial Services Officer

February 12, 2019

United States District Court
Los Angeles, California

Re: **Release Order Authorization**
**Defendant: Qin, Xiao**
**Docket #: 2:19-393M-01**

To Whom It May Concern:

On today's date, the defendant's bond was set by the Honorable Alexander MacKinnon. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in the location monitoring program.

Please be advised that the defendant has been found acceptable for placement.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Brenda L. Mercado
Senior U.S. Pretrial Services Officer
(213) 894-3464

Headquarters

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
213-894-4726 / FAX 213-894-0231

Riverside Branch

George E. Brown, Jr. Federal Building
and U.S. Courthouse
3470 Twelfth Street, Suite 161
Riverside, CA 92501-3801
951-328-4490 / FAX 951-328-4489

Santa Ana Branch

Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570

Date Approved: 2/12/19     Extension: x5536
By: Kevin Reidy
☐ PSA Officer *(for material witness only)*  ☒ AUSA
Signature: _[signature]_

FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | 19 MJ 00393 |
| v. | |
| Xiao Dong Qin | AFFIDAVIT OF SURETY (NO JUSTIFICATION) |
| DEFENDANT(S). | |

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State):

I further state that I understand the provisions of the bond executed by the above-named defendant for which this affidavit supports, and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $ 5,000, in the event that the bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this **12th** day of **February**, 20**19**.

Lin Zhang
Name of Surety

_[signature in Chinese characters]_
Signature of Surety

Wife
Relationship of Surety

XXX-XX-_____
Social Security Number of Surety *(Last 4 digits only)*

_[redacted]_
Address of Surety

Arcadia, CA _[redacted]_
City, State, Zip Code

---

*Local Criminal Rule 46-6*

   *Bond - Summary Adjudication of Obligation*

*A bond or undertaking presented for filing shall contain consent of the principal and surety that, in case of default or contumacy on the part of the principal or surety, the Court, upon ten (10) days notice, may render a judgment summarily in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on a corporate surety as provided in 31 U.S.C. § 9306.*

CR-04 ( 02/09 )                    AFFIDAVIT OF SURETY (NO JUSTIFICATION)